UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL ARDEN JONES,<br><br>       Petitioner,<br><br>  -against-<br><br>NED MCCORMACK,<br><br>       Respondent. | 23-CV-10522 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the December 8, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: December 8, 2023
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge