United States District Courts
Southern District of New York

12/13/2023

Rafael Arden Jones Sr,
          Plaintiff,

vs.                    Case No# 1:23CV-10522-LTS

Antionette Cort,
Acting Warden of GRVC,
          Defendant,

Plaintiff-Petitioners Motion Under 28USC§1782(A) Requesting Criminal Investigation For Principal Conspiritor Acting In Concert, Conducting Actions of Sedition in Violation of 18USCS 2385 In A Racketeered (R.I.C.O.) Efforts to Conceal the Violations of 28 USC 1605 A (H)(2) Hostage Taking of A U.S. Presidential Candidate In Violation of Kidnapping A Presidential Candidate in Violation of 18USCS 879(A)(3). 1st, 4th, 5th, 8th, 14th, 19th, 29th, 30th Amend's USCA Const, Bill of Rights Art 2 Sections #4, #10, #16, #22 & 24, New York State Const. Art§ 1, §6 Penal Law §125-25, §125.20, §120.20 As (28USC 2676-2678 They Have No Shelter) Wherefore Plaintiff-Petitioner States these Disturbing Facts For these Honorable Courts:

#1) I must request a Criminal prosecution and a liability Investigation into the Actions of the Federal Elections Commission Campaign Amlysis that was Assigned to Exihibit #1 In Re O2CNI Co. 2013 U.S. Dist LEXIS 155138.

Page # 1 of 3

An official website of the United States government
Here's how you know

Exhibit # 1

Home › Campaign finance data › Candidate profiles › JONES, RAFAEL ARDEN SR

# JONES, RAFAEL ARDEN SR

**CANDIDATE FOR SENATE**

**NEW YORK**

**ID: S6NY00409**

**REPUBLICAN PARTY**

## Financial summary

**ELECTION**

2016

**TIME PERIOD**

| All years: 2011-2016 |

2011-2012

2013-2014

2015-2016

#2). Your Honor Back in 2017 this white female assigned Campaign Analist took a vacation from work, and burglarized my Harlem NY. rental space. SEE: Sexual orientation discrimination was actionable title VII sex discrimination because such discrimination (1) took sex into account (2) was based on gender sterotypes, and (3) was associational discrimination as it was motivated by an employer's opposition to association between members by and of or between members of particular sexes. Zarda v. Altitude Express Inc. 883 F. 3d. 100.

#3). This white female paid off gang members to attack me, and police officials to conduct false arrests, as logged on Indictment No# 70616-21 on December 5th, 2023 via video. People v. Ulett 33 N.Y. 3d 572, People v. Ulett 153 A.D. 3d. 945 Also see: Cause of Action Lodge No#5 of FOP v. City of Philadelphia 763 F. 3d. 358.

#4). Whoever- ever this white female is, she's flashing her federal employment identification around convincing State Court members, female wardens, white male attorney's and everyone to undermine the authority of the laws passed down by an authorized United States Government Agency our United States Supreme Court and the laws they handed down to protect our rights. "Id" Zarda v. Altitude Express

PAGE # 2 OF 3

ATTACHMENT-C

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES

Form.: 7102R
Eff.: 8/23/19
Ref.: Dir. 3376R-A

### DISPOSITION FORM

| Grievance Reference #: | Date Filed: | Facility: |
|---|---|---|
| 656894 | May 11, 2023 | GRVC – 19a |
| Person In Custody Name: | Book and Case#: | Category: |
| Jones, A. Rafael | 895-23-00111 NYSID# 12819779y | Mental Health Staff |

From OCGS Inmate Statement Form, print or type short description of grievance: PAGE # 1 OF 2

Patient Bill of Rights section #2 rights to know the names of the people providing your care besides Dr. Orden and Galliger the whole PACE staff denies us their names. They perpetuate sexual discriminatory practices that batter the detainees who decline the PACE services upon applying to be placed i AMKC veterans wing. From GRVC I was placed up in wing 19A. Upon arriving I was to find out it had a program named PACE operating. I declined to participate ad requested to be transferred back to 17A. At which time the 98% women PACE staff began to racially and sexually discriminate against me. Next, they tried to force medications upon me and punish me for exercising my right to decline any and all medications I do not want. They issue punishments' such as refusal of privileged snacks, unwarranted cell lock-ins and recreation denial. Dr. Orden is instituting acts of battery against anyone who refuses PACE services

**Action Requested by Inmate:**

Transfer back to housing unit 17A.    PAGE # 1 OF 2 PAGES

### STEP 1: FORMAL RESOLUTION

Check one box: ☒ Grievance    ☐ Submission is not subjected to the Grievance Process

The Office Of Constituent and Grievance Services proposes to formally resolve your grievance as follows below. Alternatively, OCGS staff shall provide an explanation for why the submission is not subject to the OCGS process. Grievances not subject to the Grievance Process cannot be appealed.

OCGS informed person in custody Jones, Rafael that as per NYCH&H Correctional Health Services this matter has been forwarded to Patient Relations for review and handling. In addition, this matter has been forwarded to the GRVC Medical Team.

### CHECK THE APPROPRIATE BOX BELOW AND PROVIDE YOUR SIGNATURE
*(Failure to sign forms will forgo your right to appeal the proposed resolution.)*

☐ Yes, I accept the resolution   ☐ No   ☒ I request to appeal the resolution of this grievance to the Commanding officer.

Note: If you appeal, the grievance staff can request for a preliminary based review if they feel the complaint was thoroughly investigated and addressed, prior to forwarding to the Commanding Officer. You will receive the outcome of this review within (3) business days to inform you the appeal will proceed or you exhausted administrative remedies. Grievance not subject to the Grievance Process cannot be appealed.

Inmate's Signature: RAFAEL A. JONES    Date: 11/08/2023

☐ Preliminary Review Requested

Grievance Coordinator/Officer Signature: Ms. Nelson    Date: May 16, 2023

Exhibit #2

DATE: 11/08/2023

Attachment C
Grievance Reference # 656894
Exhibit #3

This Grievance was Filed in May of 2023 it is now Nov. of 2023 and they've altered my Factual Claims out of Fraudulent Conveyances and my declining their offer to Amendment of Factual Human Rights Violations. (No means No) I quoted VACCO v. Quill 521 U.S. 793 in which our United States Supreme Court Ruled that we can decline any medical Treatment we do not want. I declined! "Next", I quoted Mills v. Rogers In which our U.S Supreme Court Ruled it would be a 14th Amend Violation of my Rights to Privacy and Act of Coercion for Rikers Island medical Team to try and Force themselves on me. "Also" I quoted Pitre v. Calm 562 U.S 992, Mills v. Rogers 457 U.S 291 which states its an Act of physical Battery to try to Force medical/medicines upon someone. I next again quoted Myers v. Shneiderman 140 A.D. 2d 51 where New York Appellate Division Ruled that no one can Force antipsychotic medications on Anyone!

The medical staff on Rikers Island Continues to stand in violation of 18 USCS § 2 Part 2 of 2 Accessories to the Fact as spelled out in United States v. Chapman 3 F. Supp 900, 1931 US Dist LEXIS 2104 (D. Ala 1931) To the States Correctional Officers Benevolent Associations Labour Union Actions of Seclition in Violation of 18 USC 2385 Commissions of Actions to Undermine and Overthrow Established Authority of Government our United States Supreme Court Laws that protects our Rights with a Deliberate mind Formed to injure a persons Reputation and Defame their character Creating Fraudulent medical Histories when no one was treated or diagnosed with their profiles. Adler v. Board of Education 342 U.S. 485, 96 L.Ed 517 SCt 380, 27 ALR 2d 472.

page # 2 of 2

Inc. 883 F.3d. 100.

#5) Plaintiff-Petitioner had NO mental history prior to arrest on Sept. 14th, 2021 People v. Kot 126 A.D. 3d. 1022, United States v. Boyd. 45 F. 851. Crime of Fraud Exception since the passing of Kipke v. Moore 2023 U.S. Dist LEXIS 174934 the Courts And Institution (Prison Industrial Complex Are creating Acts of Sedition Violating our Rights to Create a False Profile, when all they've done was undermine our United States Constitutionally propected rights in Actions of Treason Against our United States Constitution. KAWAKITA v. United States 343 U.S. 717. 7th Amend U.S.CA Const. DeJonge v. Oregon 299 U.S. 353, 365.

#6) See: Attachments Exhibits #1, #2, & #3
 #1 is my US Senate Id Not
 #2 is Grievance page #1 of 2 of U.S. Supreme Court Laws undermined and ignored.
 #3 is Continuation of page #2 of 1 Filed, Grievance not ever Answered or Followed,
 Fed R Civ P. 10(C), Fed R Civ P. 12(B)(6) GWS Inc. v. Long County GA, 999 F.2d. 508, 1510 (11th Cir 1993).
 Whereas Plaintiff petitioner enters exhibit evidence of Request from Courts. Wearry v. Cain 577 U.S. 385.

28 USC 1746
Certificate of Service

Rafael Jones
Respectfully Submitted

I certify that all statements on foregoing documents is true to the Best of my knowledge under the penalties of perjury this 13th day of Dec 2023.

Rafael Jones

Page # 3 of 3